UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-mj-809 (EMB)

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | GOVERNMENT'S MOTION FOR DETENTION UNDER 18 U.S.C. §§ 3142(d) and (f)(2)(A) |
| Jeffrey Lopez-Suazo, | ) ) | |
| Defendant. | ) ) | |

The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Laura W. Trosen, Special Assistant United States Attorney, hereby submits its motion for this Honorable Court to order detention of the defendant, Jeffrey Lopez-Suazo, either for a detention hearing under 18 U.S.C. § 3142(f)(2)(A) or for ten (10) days under 18 U.S.C. § 3142(d). As described in more detail below, the defendant's case involves a serious risk of flight, and as he appears to not be a United States citizen or lawful permanent resident, the government moves that he be at least temporarily detained.

On November 25, 2025, Mr. Lopez-Suazo was arrested on a criminal complaint after he assaulted a federal officer in violation of 18 U.S.C. § 111 and then fled. Very little is known about Mr. Lopez-Suazo's identity, criminal history, or ties to the community.

The issue before the Court at this time is not whether Mr. Lopez-Juarez should be released pending trial, but rather, as a threshold matter, whether, under the flight provision of the Bail Reform Act, 18 U.S.C. § 3142(f)(2)(A), a hearing should be held to determine if there are conditions that will reasonably assure Mr. Lopez-Suazo's continued appearance, and the safety of others and the community, should he be released pending resolution of his criminal case.

Upon the government's motion, the Court *shall* hold a detention hearing in a case where the government shows, by a preponderance of the evidence, there is "a serious risk that such person will flee." 18 U.S.C. § 3142(f)(2)(A). The Bail Reform Act imposes a "very low" threshold burden of proof on the government when it seeks a detention hearing. *United States v. Marroquin-Ramirez*, No. 25-CR-125, 2025 WL 1248652, at *3 (N.D.N.Y. Apr. 17, 2025) (quoting *United States v. Terrance*, 24-CR-456, 2024 WL 782340, at *8 (N.D.N.Y. Jan. 10, 2025)).

Given that all that is really known about Mr. Lopez-Suazo is his alleged name and date of birth and that he fled from law enforcement yesterday and concealed himself inside a residence for hours, the United States has met its low burden to show that this case involves a serious risk of flight under 18 U.S.C. § 3142(f)(2)(A) or, in the alternative, that he may flee under 18 U.S.C. § 3142(d)(2). Accordingly, the government respectfully requests the Court set this matter over for review by immigration authorities and for a detention

hearing to determine what, if any, conditions of release will reasonably assure Mr. Lopez-Suazo's continued appearance and the safety of the public pending resolution of his case.

Dated: November 26, 2025

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

*s/ Laura Trosen*

BY: LAURA W. TROSEN
Special Assistant U.S. Attorney