IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL | |
| | ) | BEFORE: ELSA M. BULLARD | |
| Plaintiff, | ) | U.S. Magistrate Judge | |
| | ) | | |
| v. | ) | Case No: | 25-mj-809 EMB |
| | ) | Date: | November 26, 2025 |
| Jeffrey Lopez-Suazo, | ) | Courthouse: | St. Paul |
| | ) | Courtroom: | 3C |
| Defendant. | ) | Time Commenced: | 1:30 p.m. |
| | ) | Time Concluded: | 1:59 p.m. |
| | ) | Time in Court: | 29 minutes |

**X INITIAL APPEARANCE    X 3142(f)(2) HEARING**
Time in Court Initial/3142:   14 minutes/15 minutes

APPEARANCES:
  Plaintiff: Laura Trosen, Assistant U.S. Attorney
  Defendant: Kate Adams, Assistant Federal Defender
            X FPD      X To be appointed

  Interpreter/Language:   Marianne McEvoy/Spanish

  Date Charges Filed: November 25, 2025          Offense: assaulted a federal officer

        X Advised of Rights

on      X Complaint

X Government moves for a detention hearing.
X Counsel argues as to the setting of a detention hearing under 18 USC 3142(f)(2).
X The Government's [5] Motion for Detention under 3142(d) and (f)(2) is   X Granted.
X The Court finds a detention hearing is authorized, temporary detention ordered.

Next appearance date is Wednesday, December 3, 2025 at 2:15 p.m. before U.S. Magistrate Judge Elsa M. Bullard in Courtroom 3C (STP) for:
  X Detention hrg     X Preliminary hrg

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                                            *s/nah*
                                                  Signature of Courtroom Deputy