UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,                           Case No: 25-mj-809 EMB

              Plaintiff,

v.
                                                    **Brady Obligation Order**

Jeffrey Lopez-Suazo,

              Defendant.

_____

Pursuant to the Due Process Protections Act the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence-that is, evidence that favors the defendant or casts doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders the United States to do so. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or other sanctions by the court.

**IT IS SO ORDERED.**

Dated: November 26, 2025                    *s/Elsa M. Bullard*
                                            Elsa M. Bullard
                                            U.S. Magistrate Judge