# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 25mj809 (EMB) |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| JEFFREY LOPEZ-SUAZO, | |
| Defendant. | |

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Kate Adams shall appear as appointed counsel of record for the above named defendant in this case.

Dated: December 01, 2025

*s/Kate Adams*
KATE ADAMS
Attorney ID No. 1617650DC
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415